UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALRELIO EVANS,

        Plaintiff,

Case No. 1:24-cv-913

Hon. Hala Y. Jarbou

v.

HEIDI WASHINGTON, *et al.*,

        Defendants.

_____/

**ORDER LIFTING STAY AND RE-OPENING CASE**

The Court stayed and administratively closed this case on January 27, 2025.  *See* Order (ECF No. 24).  At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

**IT IS SO ORDERED**.

Dated:  May 28, 2025                        /s/ Ray Kent
                                                      RAY KENT
                                                      United States Magistrate Judge