UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALRELIO EVANS,

    Plaintiff,

v.

HEIDI WASHINGTON et al.,

    Defendants.
_____/

Case No. 1:24-cv-913

Hon. Hala Y. Jarbou

## ORDER

On January 5, 2026, Magistrate Judge Ray Kent issued a report and recommendation that summary judgment be granted as to most of Evans's claims, leaving only his Eighth Amendment claim against Eric Simon pending. (R&R, ECF No. 37). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on January 20, 2026. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 37) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment on the basis of exhaustion (ECF Nos. 34, 36) are **GRANTED**.

Dated: February 3, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE