UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALRELIO EVANS,

Plaintiff,

v.

JUSTIN THOMAS *et al.*,

Defendants.
______________________________/

Case No. 1:24-cv-913

Hon. Hala Y. Jarbou

**ORDER**

On October 21, 2026, the magistrate judge issued a Report and Recommendation (R&R) (ECF No. 34) recommending that Defendant Simon's motion for summary judgment be granted. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the R&R and determined that it makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 47) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 45) is **GRANTED**.

A judgment will issue in accordance with this order.

Dated: November 20, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE